# United States District Court
## *Southern District of Georgia*

RASHMEL DANIEL JOHNSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-4

SHERIFF JOHN WILCHER; and SGT. WHITE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with this Court's Order dated March 1, 2019 adopting the U.S. Magistrate

Judge's Report and Recommendation, this case is dismissed without prejudice. This case stands

closed.

Approved by: _____

March 7, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*